## (August 7, 1981)

■ In the Matter of the Application of WILLIAM J. MURPHY for Reinstatement as an Attorney and Counselor at Law. — Application for reinstatement granted and petitioner, William J. Murphy, reinstated as an attorney and counselor at law effective immediately. Order entered. Mahoney, P.J., Sweeney, Kane, Main and Casey, JJ., concur.